AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

MARIANN BOURLAND,

Plaintiff,

v.

UNIFIED FIRE AUTHORITY; RILEY PILGRIM, individually and in his official capacity; EMBRET FOSSUM, individually and in his official capacity; LAYNE HILTON, individually and in his official capacity; DOES 1-20,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:26-cv-00525-TC

IT IS ORDERED AND ADJUDGED

That the Plaintiff's claims are dismissed without prejudice for failure to state a claim and under the doctrine of qualified immunity.

November 6, 2026

*Date*

BY THE COURT:

Tena Campbell

Tena Campbell
United States District Judge